# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

133528

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICHARD K. NIEMI and MARK NIEMI,
d/b/a RICHARD K. NIEMI DESIGN &
ENGINEERING SERVICES, and RKN
TECHNOLOGY, L.L.C.,
         Plaintiffs-Appellants,

v

         SC: 133528
         COA: 269155
         Wayne CC:  03-332390-CK

AMERICAN AXLE MANUFACTURING
& HOLDING, INC., f/k/a AMERICAN
AXLE MANUFACTURING OF MICHIGAN,
a/k/a AMERICAN AXLE MANUFACTURING,
INC., and SPRINGFIELD TOOL & DIE, INC.,
f/k/a NEWCO OF DUNCAN, INC.,
         Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the January 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

s0618